# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03095-LTB-KMT

UNITED STATES OF AMERICA,

    Petitioner,

v.

ALFONSO E. MONTANO,

    Respondent.

## ORDER OF DISMISSAL

**Babcock, L.**

The matter before me is the Petitioner's **Notice of Voluntary Dismissal of Case** (#3) filed February 4, 2011. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal of Case** (#3) filed February 4, 2011, is **APPROVED**;

2. That the **Order To Show Cause** (#2) entered December 28, 2010, is **DISCHARGED**;

3. That the Show Cause hearing set for February 10, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated   February 4, 2011, at Denver, Colorado.

                                                **BY THE COURT**:

                                                   s/Lewis T. Babcock
                                                Lewis T. Babcock
                                                United States District Judge